UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| RICHARD SHOEMAKER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:20-CV-520-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL WITHOUT** |
| G.L.A. COLLECTION COMPANY, INC., | ) | **PREJUDICE** |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court having been advised by counsel that settlement has been reached on all matters in this case [R. 17],

**IT IS HEREBY ORDERED** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET**.

2. The parties **SHALL** tender a stipulation of dismissal, signed by all parties who have appeared and dismissing this case with prejudice, within **sixty (60) days from the date of entry of this Order**. If the settlement is not consummated and the stipulation of dismissal is not filed within sixty (60) days from the date of entry of this Order, the Court will entertain a motion to re-docket this action upon application to this Court.

This the 3rd day of December, 2020.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:   Counsel of Record