UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| RICHARD SHOEMAKER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:20-CV-520-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL WITH** |
| G.L.A. COLLECTION COMPANY, INC., et al., | ) | **PREJUDICE** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Stipulation of Dismissal [R. 20] of each of Plaintiff's claims against all parties in this matter, signed by all parties who have appeared pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE** as to all Defendants, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

This the 1st day of February, 2021.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record